**WOLFE & YUKELSON PLLC**
ATTORNEYS AT LAW
58 Hilton Avenue
Hempstead, NY 11550
(516) 767-7100
(516) 767-7115 (Fax)

June 24, 2014

**VIA OVERNIGHT MAIL
and ELECTRONIC FILING**

Judge Thomas C. Platt
Alfonse M. D'Amato U.S. Courthouse
100 Federal Plaza, Room 1004
Central Islip, New York  11722-4449

    Re: Kenneth Schneiderman v. Dominick Sartorio, et al.
      Civil Action No.:   CV 07-1689 (TCP)(WDW)

Honorable Sir:

  This office represents the plaintiff in the above-entitled action.

  In response to the Court's request for an update on the status of this action, please be advised that we request that you hold this case in abeyance, as we are proceeding with the related matter under CIV 07-4990 (TCP)(WDW).  We believe that our motion for summary judgment will be successful, thus obviating the need to continue with this case.  Should the motion be unsuccessful, we would then move to consolidate both that case and the matter filed under CV 07-0484 (TCP)(WDW) with the within matter.

  Your Honor's consideration herein is most greatly appreciated.

            Respectfully submitted,

            WOLFE & YUKELSON PLLC

            Bruce Yukelson

cc: Marc A. Pergament, Esq.
   (mpergament@wgplaw.com)

   William D. Wexler, Esq.
   (wexlaw@optonline.net)

BY/ic

SCHNEIDERMAN\SARTORIO\06-24-14.CT