UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

KENNETH SCHNEIDERMAN,

Plaintiff,

- against -

Case No. 07-CV-1689
(LDW)(WDW)

Stipulation of Discontinuance
with Prejudice

DOMINICK SARTORIO, ELIZABETH SARTORIO,
71 CAROLYN BLVD, LLC and BURLINGTON
BIO-MEDICAL CORP.

Defendants.

-------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

the attorneys of record for Dominick Sartorio in the above-entitled action, that, whereas no party

hereto is an infant or an incompetent person for whom a committee has been appointed and no

person not a party has an interest in the subject matter of the action, the within action be, and the

same hereby is discontinued with prejudice and without costs to either party as against the other.

Dated: Hempstead, New York
October 23, 2014

Wolfe Yukelson, Esq.
Attorneys for Plaintiff

By:

Bruce Yukelson
88 Hilton Avenue
Hempstead, New York 11550
(516) 767-7100

Dated: North Babylon, New York
October 23, 2014

William D. Wexler
Attorney for Elizabeth Sartorio,
71 Carolyn Blvd LLC and Burlington
Bio-medical Corp.
816 Deer Park Avenue
North Babylon, New York 11703
(631) 422-2900

Dated: Garden City, New York
October 23, 2014

Weinberg, Gross & Pergament LLP
Attorneys for Dominick Sartorio

By: _____

Marc A. Pergament
400 Garden City Plaza, Suite 403
Garden City, New York 11530
(516) 877-2424